■ LANE ALTSCHULER, Doing Business as ALTSCHULER CONTRACTING CORP., Respondent, v 29 JOHN STREET ASSOCIATES, INC., Defendant, and JALARAM, INC., Appellant. — Order, Supreme Court, New York County (Whitman, J.), entered on October 7, 1980, unanimously affirmed, without costs and without disbursements, and without prejudice to renewal of motion to vacate default on evidentiary showing of a meritorious defense. No opinion. Concur — Ross, J. P., Carro, Silverman, Bloom and Milonas, JJ.

■ In the Matter of HARRIS STRUCTURAL STEEL CO., INC., Appellant, v BOARD OF ESTIMATE OF THE CITY OF NEW YORK, Respondent. — Judgment, Supreme Court, New York County (Blyn, J.), entered on June 23, 1981, unanimously affirmed for the reasons stated by Blyn, J., at Special Term, without costs and without disbursements. Concur — Sandler, J. P., Sullivan, Bloom and Asch, JJ.

■ In the Matter of PRATAB CHANDRA MAHADEO. — Application for admission as an attorney and counselor at law denied. Concur — Murphy, P. J., Birns, Sullivan, Lupiano and Bloom, JJ.